UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6131-CIV-ZLOCH

ADRIANA BERRIOS,

    Plaintiff,

vs.

HUMANA INC.,

    Defendant.
_____/

**ORDER OF TRANSFER**

FILED by ___ D.C.
MAR - 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

GOOD CAUSE appearing therefor pursuant to Local Rule 3.9(C) and subject to consent hereinbelow, it is

**ORDERED** that the above-numbered cause be and the same is hereby transferred to the calendar of Judge FEDERICO A. MORENO for all further proceedings.

**DATED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of February, 2000.

WILLIAM J. ZLOCH
United States District Judge

After reviewing the court file in the above-numbered cause, the undersigned hereby accepts the transfer of said case.

Therefore, it is

**ORDERED** that all pleadings hereinafter filed shall bear the following case number: Case No. 00-6131-MORENO thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

**THE FOREGOING** transfer is herewith accepted this 17 day of ~~February~~ March, 2000.

_____
FEDERICO A. MORENO
United States District Judge

Copies furnished:

The Honorable William J. Zloch

Andrew b. Peretz, Esq.
For Plaintiff

Lucy Lara, Case Assignment Administrator