UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6131-CIV-MORENO/Brown

ADRIANA BERRIOS,

    Plaintiff,

v.

HUMANA INC.,

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned firm hereby appears as additional counsel of record for the Defendant Humana, Inc. Undersigned counsel requests that copies of further pleadings and correspondence be directed to the undersigned at the address below.

    ADORNO & ZEDER, P.A.

    Henry N. Adorno
    Fla. Bar No. 160203, hna@adorno.com
    Raoul G. Cantero, III
    Fla. Bar No. 552356, rgc@adorno.com
    2601 South Bayshore Drive, Suite 1600
    Miami, Florida 33133
    Phone: (305) 858-5555
    Fax:   (305) 858-4777

Case No. 00-6131-CIV-MORENO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was served by mail this 10th day of March, 2000, upon:

Andrew B. Peretz
Barrett, Gravante, Carpinello & Stern
One E. Broward Boulevard, Suite 620
Ft. Lauderdale, FL 33301



RGC/L.NOTICE/275486/14623.001